DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRICK LEVI CLAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D20-2291 and 4D20-2400

[May 6, 2021]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case Nos. 472008CF000375A, 472020CF000446A, 472020CF000238A, and 472020CF000572A.

Carey Haughwout, Public Defender, and Mara Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Derrick Levi Clay, Florida City, appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***